Joseph T. MANZO, Plaintiff–Appellant,

v.

Michael J. ASTRUE,* Commissioner of Social Security, Defendant–Appellee.

No. 05–55409.

United States Court of Appeals, Ninth Circuit.

Submitted March 7, 2007.**

Filed March 19, 2007.

Bertram L. Potter, Esq., Potter, Cohen & Samulon, Pasadena, CA, Joseph T. Manzo, Hesperia, CA, for Plaintiff–Appellant.

---

* Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as Commissioner of the Social Security Administration. Fed. R.App. P. 43(c)(2).

** The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

Kathryn M. Ritchie, Esq., USLA–Office of the U.S. Attorney, Civil & Tax Divisions, Los Angeles, CA, Liz Noteware, Esq., SSA–Social Security Administration, Office of the General Counsel, San Francisco, CA, for Defendant–Appellee.

Before: FERNANDEZ, T. NELSON and GRABER, Circuit Judges.

**MEMORANDUM \*\*\***

Joseph T. Manzo appeals the district court's determination that the Administrative Law Judge correctly decided that before Manzo turned 50 years of age he was not disabled. We affirm.

The issue presented is whether work that Manzo could perform existed in significant numbers in the region. 42 U.S.C. § 423(d)(2)(A). That is a question of fact. *Martinez v. Heckler,* 807 F.2d 771, 775 (9th Cir.1986). On this record, the Administrative Law Judge did not err when he decided that the number of Cashier II jobs, which Manzo could perform, was significant within the meaning of the law. *See Barker v. Sec. of Health & Human Servs.,* 882 F.2d 1474, 1478–80 (9th Cir. 1989); *Martinez,* 807 F.2d at 775; *see also* 42 U.S.C. § 423(d)(2)(A).

AFFIRMED.

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.